# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 20-86 |
| | : | |
| **RICHARD BRYANT** | : | |

## ORDER

**AND NOW**, this 30th day of October 2020, upon considering Defendant's Motion to suppress (ECF Doc. No. 28) a firearm, ammunition, and narcotics seized in a January 11, 2018 car search, the United States' Opposition (ECF Doc. No. 32), post-hearing Memoranda (ECF Doc. Nos. 38, 40), following our evaluation of the credibility of officer witnesses at our extensive suppression hearing, and for reasons in the accompanying Memorandum detailing why we find no probable cause for a search or reasonable and articulable suspicion for a search under *Terry v. Ohio*, it is **ORDERED** Defendant's Motion to suppress (ECF Doc. No. 28) is **GRANTED** and the United States may not introduce or use evidence of a firearm, ammunition, or narcotics obtained in a January 11, 2018 car search against Defendant.

*[signature]*
**KEARNEY, J.**