**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 20-86** |
| | : | |
| **RICHARD BRYANT** | : | |

# ORDER

**AND NOW**, this 13th day of November 2020, upon considering the United States' Motion for reconsideration (ECF Doc. No. 53) of our October 30, 2020 Order (ECF Doc. No. 46), Defendant's Opposition (ECF Doc. No. 54), and for reasons in the accompanying Memorandum, it is **ORDERED** the United States' Motion (ECF Doc. No. 53) is **DENIED**.

_____
**KEARNEY, J.**